**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Malone, ) | No. CIV 07-0307-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Diebold Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

Pending before the Court is the parties' Stipulated Motion for Continuance of Scheduling Conference. [Doc. No. 10] In light of the parties' desire to pursue mediation and good cause appearing,

**IT IS HEREBY ORDERED** the parties' Stipulated Motion for Continuance of Scheduling Conference [Doc. No. 10] is **GRANTED**.

**IT IS FURTHER ORDERED** that counsel for Plaintiff shall notify the Court in writing when the parties are prepared for a Preliminary Pretrial Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure.

DATED this 12th day of July, 2007.

Stephen M. McNamee
United States District Judge