**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Malone,<br><br>　　　Plaintiff,<br><br>v.<br><br>Diebold Incorporated, et al.,<br><br>　　　Defendants. | No. CV-07-00307-PHX-SMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal of Lawsuit with Prejudice of the parties (Dkt. 15) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing with prejudice all claims that have been filed and which could have been filed between Plaintiff Mary Malone and Defendants Diebold Incorporated and Walter and Jane Doe Priddy, with each party to bear its own costs, expenses, and attorneys' fees.

DATED this 9th day of October, 2007.

_Stephen M. McNamee_
Stephen M. McNamee
United States District Judge